FILED
CLERK
10:48 am, Dec 13, 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
UNITED STATES OF AMERICA,

                  Plaintiff,

   -against-

JAMELA HAMILTON,

                  Defendants.
----------------------------------------------------------X

**MEMORANDUM OF**
**DECISION & ORDER**
2:18-cv-02011 (ADS) (SIL)

**SPATT, District Judge.**

On April 4, 2018, the Plaintiff brought this action to collect a sum of money due and owing the Social Security Administration for an overpayment of disability insurance benefits.

On January 14, 2019, the Clerk of the Court issued a Certificate of Default, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

On March 25, 2019, the Plaintiff moved for a default judgment.

On March 28, 2019, the Court referred the motion to United States Magistrate Judge Steven I. Locke for a recommendation as to whether the motion for default judgment should be granted, and if so, what relief, if any, should be awarded.

On November 26, 2019, Judge Locke issued a Report & Recommendation ("R&R") recommending that the Court deny the Plaintiff's motion for failure to comply with Local Rule 55.2(c).

It has been more than fourteen days since the service of the R&R, and the parties have not filed objections.

As such, pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, this Court has reviewed the R&R for clear error, and finding none, now concurs in both its reasoning and its

result. *See Coburn v. P.N. Fin.*, No. 13-CV-1006 (ADS) (SIL), 2015 WL 520346, at *1 (E.D.N.Y. Feb. 9, 2015) (reviewing Report and Recommendation without objections for clear error).

Accordingly, the R&R is adopted in its entirety. The Court denies the motion for default judgment without prejudice, and with leave to renew upon curing the deficiencies detailed in the R&R.

**SO ORDERED.**
Dated: Central Islip, New York
December 13, 2019

               ___*/s/ Arthur D. Spatt*_____
                ARTHUR D. SPATT
               United States District Judge